**No. 61766.**—Border Brokerage Company v. United States, protests 305887–K, etc. (Seattle).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.